**Below is the Order of the Court.**



**Timothy W. Dore**
**U.S. Bankruptcy Court**

**(Dated as of Entered on Docket date above)**

1
2
3
4
5
6
7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

8
9

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-13634 |
| | ) | |
| Adeil M Abdelrahman, | ) | |
| | ) | |
| Debtor, | ) | |
| ——————————————————— | ) | |
| United States Trustee, | ) | |
| | ) | Adversary No. 20-01022 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER OF DEFAULT |
| | ) | |
| Adeil M Abdelrahman, | ) | |
| | ) | |
| Defendant. | ) | |
| ——————————————————— | ) | |

This matter came before the Court upon plaintiff United States Trustee's Ex Parte Motion for Entry of Default and Default Judgment (the "Motion"). This Court has reviewed and considered the Motion, any and all evidence submitted in support of the Motion, and the records and files herein. Based upon the foregoing, the Court finds that (1) defendant Adeil M. Abdelrahman (the "Defendant") was properly served in this matter; (2) notice of the Motion was adequate under the circumstances, and (3) Defendant has failed to timely appear or otherwise defend in this action and that entry of default is therefore proper pursuant to Fed. R. Bankr. P. 7055(a) and (b)(2).

ORDER OF DEFAULT - 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Based upon the foregoing, and good cause appearing,

IT IS HEREBY ORDERED THAT:

A. The Motion is granted; and

B. A default is hereby entered against the Defendant.

/// END OF ORDER ///

Presented by:

Gregory M. Garvin
Acting United States Trustee for Region 18


_____/s/ Martin L. Smith_____
Martin L. Smith, WSBA #24861
Attorney for the United States Trustee

ORDER OF DEFAULT - 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-01022-TWD    Doc 7    Filed 04/21/20    Ent. 04/21/20 10:57:05    Pg. 2 of 2