Entered on Docket April 21, 2020

**Below is the Judgment of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court Judge**
**(Dated as of Entered on Docket date above)**

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-13634 |
| Adeil M Abdelrahman, | ) | |
|                       Debtor, | ) | |
| United States Trustee, | ) | Adversary No. 20-01022 |
|                       Plaintiff, | ) | |
| v. | ) | DEFAULT JUDGMENT DENYING DISCHARGE |
| Adeil M Abdelrahman, | ) | |
|                       Defendant. | ) | |

This matter came before the Court upon plaintiff United States Trustee's *Ex Parte* Motion for Entry of Default and Default Judgment (the "Motion"). This Court has reviewed and considered the Motion, any and all evidence submitted in support of the Motion, and the records and files herein. The Court having (1) found defendant Adeil M. Abdelrahman (the "Defendant") to be in default, (2) granted the Motion, and (3) entered its Order of Default,

DEFAULT JUDGMENT- 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 20-01022-TWD    Doc 8    Filed 04/21/20    Ent. 04/21/20 11:23:24    Pg. 1 of 2

**Below is the Judgment of the Court.**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

A. Plaintiff United States Trustee is granted judgment by default against the Defendant; and

B. The Defendant is denied a discharge in the above-captioned chapter 7 case (the "Case") pursuant to 11 U.S.C. § 727(a)(7). Accordingly, any debt that was or could have been listed in the schedules filed by the Defendant in the Case is not discharged. This denial of discharge shall be effective to the fullest extent of the law in any subsequent bankruptcy case filed by or on behalf of the Defendant.

-- END OF ORDER --

Presented by:

Gregory M. Garvin
Acting United States Trustee for Region 18


   /s/ Martin L. Smith_____
Martin L. Smith, WSBA #24861
Attorney for the United Sthe tates Trustee

DEFAULT JUDGMENT- 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)